KNIGHT v. ABBOTT LABS.

No. 399P01

Case below: 144 N.C. App. 448

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 November 2001. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 November 2001.

LAKE MARY LTD. PART. v. JOHNSON

No. 555P01

Case below: 145 N.C. App. 525

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

LASSITER v. CECIL

No. 552P01

Case below: 145 N.C. App. 679

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

LIPE v. STARR DAVIS CO.

No. 152P01

Case below: 142 N.C. App. 213

Petition by defendant (Starr Davis Company) for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Motion by plaintiff to dismiss petition for discretionary review dismissed as moot 8 November 2001. Justice Edmunds recused.